

FILED

05/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0211

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0211

BOBBY FRANCIS LOWRY, V.,

Petitioner,

v.

LEO DUTTON,
Lewis and Clark County Sheriff,

Respondent.

FILED

MAY 2 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Before this Court is Bobby Lowry's Petition for Writ of Habeas Corpus. Lowry requests his immediate release from the Lewis and Clark County Detention Center, where he claims to be held on a "'no bail' 'parole hold.'" He argues that his due process rights have been violated because he has not had a hearing or explanation. He contends that he "has never had one single parole violation."

This Court received Lowry's instant Petition the day before we issued an order denying a similar petition for habeas corpus relief. *See Lowry v. Dutton*, No. OP 21-0189, Order (Mont. May 4, 2021) ("*Lowry I*"). We explained that, as a parolee, Lowry may be held without an initial hearing under Montana law:

> Montana's statutory scheme for supervision of parolees provides the process they are due. Lowry would not be entitled to an initial hearing after arrest if a new charge has been filed against him in District Court. "After the arrest of the parolee, an initial hearing must be held unless[,] . . . the parolee has been charged in any court with a violation of the law[.]" Section 46-23-1024(1)(b), MCA. A parolee who has violated his conditions "may, if circumstances warrant, be incarcerated in the institution." Section 46-23-1023(3), MCA.

*Lowry I*, at 2. Lowry may be held in a detention center pending commencement of new criminal proceedings or the revocation of his parole. Section 46-23-1023(3), MCA. We also noted in that Order that Lowry had not demonstrated a prima facie case of illegal

incarceration because he did not provide much, if any, information about his present situation or history.

Lowry has three criminal convictions from the Eighteenth Judicial District Court, Gallatin County. On May 17, 2017, Lowry received a ten-year commitment to the Department of Corrections (DOC) with five years suspended for felony theft of property by embezzlement. The District Court ordered him to pay restitution of more than $25,000, which he challenged on appeal. *State v. Lowry*, 2019 MT 191, 397 Mont. 11, 446 P.3d 1148. On August 8, 2017, the District Court sentenced Lowry for felony promoting prostitution and felony partner or family member assault to two concurrent, unsuspended terms of five years to the Montana State Prison. The prison sentences were to run consecutively to his DOC commitment.

We contacted the Clerk of District Court for Gallatin County. No petition to revoke or report of violation has been filed in either of Lowry's prior criminal proceedings. We contacted the Clerk of District Court for Lewis and Clark County, requesting a copy of the register of actions. The State of Montana charged Lowry with felony theft and felony deceptive practices in early April. As stated before, Lowry has pending charges in a court, and the statutory provisions regarding an initial hearing on a parole arrest do not apply. The case register indicates that the District Court has scheduled an arraignment on Lowry's new charges. Lowry has not demonstrated entitlement to habeas corpus relief. Section 46-22-101(1), MCA.

IT IS THEREFORE ORDERED that Lowry's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Bobby Francis Lowry V.

DATED this 25th day of May, 2021.

_____

2

_____

_____

_____

_____
Justices